United States District Court
Southern District of Texas
**ENTERED**
April 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN STRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **JOSE LUIS FALCON,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:22-CV-00020 |
| **VICTORIA COUNTY DISTRICT ATTORNEY, DISTRICT JUDGE ELI GARZA, CONSTANCE PHILLY-JOHNSON, and ANDREA HARVEY,** | § § § § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the July 27, 2022, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Jason Libby. (Dkt. No. 13). Magistrate Judge Libby made findings and conclusions and recommended that, pursuant to the screening requirements of the Prison Litigation Reform Act, Plaintiff's Complaint be dismissed with prejudice. (*Id.*).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On August 15, 2022, Plaintiff filed seven objections. (Dkt. No. 14). First, Plaintiff argues that he did not bring any claims against Judge Eli Garza, so the M&R's references to those claims are incorrect. (*Id.* at 1). Second, Plaintiff argues that he is not claiming that there are delays with his state proceedings; rather, he argues that he has been denied state proceedings. (*Id.*). Third, Plaintiff states that Defendants are refusing to cooperate with him. (*Id.* at 2). Fourth, Plaintiff argues

that it is clear from the face of his complaint that he is suffering irreparable injury to his constitutional rights. (*Id.*). Fifth, Plaintiff directs this Court to motions filed by his attorney to reduce his bond amount. (*Id.*). Sixth, Plaintiff reasserts his original claims. (*Id.* at 3). And seventh, Plaintiff argues that he should not receive a strike for this filing because he is not a lawyer. (*Id.*).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Libby's M&R, (Dkt. No. 13), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Complaint and Amended Complaint, (Dkt. Nos. 1, 10), are **DISMISSED WITH PREJUDICE**.

It is SO ORDERED.

Signed on April 17, 2023.

                                                   **DREW B. TIPTON**
                                      **UNITED STATES DISTRICT JUDGE**